✓ X 10114  #128583
FILED
2010 JUN 15 PM 4:26

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re:  O'GUINN, BRENDA S            Case No.  07-30271

Judge  MARY ANN WHIPPLE

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Finance System of Toledo, Inc | PO Box 351297<br>Toledo, OH 43635-1297 | $1.61 |

Check for $1.61 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated:  6/11/10

cc:
Office of the U.S. Trustee